**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISON**

| | | |
|---|---|---|
| **ANDREW J. DAVISON** | ) | CASE NO. 1:24CV00227 |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PAMELA A. BARKER** |
| | ) | |
| v. | ) | **Magistrate Judge Parker** |
| | ) | |
| **CITY OF LORAIN, et al.** | ) | **MOTION TO DISMISS** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

Now come Defendants, the City of Lorain (individually, the "City"), Cielo Rodriguez (individually "Rodriguez"), Mallory Santiago (individually "Santiago"), Patrick Riley (individually "Riley"), and Brent Payne (individually "Payne") (hereinafter collectively referred to as "City Defendants"), by and through undersigned counsel, and hereby move this Honorable Court for an Order dismissing Plaintiff's Complaint as it relates to all pending claims against City Defendants for the reasons set forth more fully in the attached Memorandum in Support of City Defendants' Motion to Dismiss.

WHEREFORE, City Defendants respectfully move this Honorable Court for an Order dismissing Plaintiff's Complaint as it relates to all pending claims against City Defendants.

                                                                           Respectfully submitted,

*[SIGNATURE BLOCK ON THE FOLLOWING PAGE]*

       /s/ Joseph H. Pritchard_____
       Joseph H. Pritchard (0101301)
       Assistant Lorain Law Director
       Joseph T. LaVeck (0092326)
       Assistant Lorain Law Director
       200 West Erie Ave., 3rd Floor
       Lorain, Ohio 44052
       Ph: (440) 204-2250
       Fax: (440) 204-2257
       E: Joseph_Pritchard@cityoflorain.org
          Joseph_LaVeck@cityoflorain.org
       *Attorneys for City Defendants*